Mares 



TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00353-CV







Texas State Board of Medical Examiners, Appellant



v.



Alberto Mares, M.D., Appellee








FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT


NO. 92-14234, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING







PER CURIAM


 Both appellant and appellee have filed motions to dismiss this appeal, agreeing that
the controversy is now moot. The motions are granted. Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Aboussie and Kidd

Dismissed on Appellant's and Appellee's Motions

Filed: February 14, 1996

Do Not Publish